JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELLEN THOMAS, individually;<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; ABC CORPORATIONS 1-X; BLACK AND WHITE COMPANIES 1-X and JOHN DOES 1-X, inclusive;<br><br>Defendant. | Case No.<br><br><br><br><br><br>**NOTICE OF REMOVAL** |

Defendant, SMITH'S FOOD & DRUG CENTERS, INC. ("SMITH'S") hereby gives notice of its removal of Case No. CV22-01840 from the Second Judicial District Court, Washoe County, Nevada, to this Court. This Notice of Removal is filed pursuant to 28 U.S.C. §§1441(a) and 1446. As grounds for removal, SMITH'S states as follows:

**I.**
**NOTICE OF REMOVAL IS TIMELY**

1. On November 10, 2022, Plaintiff ELLEN THOMAS, filed this lawsuit against SMITH'S. Pursuant to 28 U.S.C. §1446(a), a complete copy of the state court file, including the Complaint and process, is attached hereto as Exhibit "A".

2. SMITH'S was served with process on or about November 28, 2022. SMITH'S hereby reserves any and all rights and defenses to Plaintiff's Complaint.

3. The prayer for relief in the Complaint filed and served on SMITH'S sought damages as follows:

CLAC 7585860.1

1. For past and future incidental expenses "according to proof"

2. For past and future general damages in a sum in excess of $15,000;

3. For past and future loss of income and earning capacity according to proof.
(Compl. at 22-24 and Prayer for Relief).

4. Defense counsel learned that the value of this case was sufficient for Federal jurisdiction on August 8, 2023. On that date, Plaintiff served a pleading entitled "Plaintiff's Second Supplemental Disclosures Pursuant to N.R.C.P. 16.1" in the pending State Court litigation. Therein, Plaintiff alleges that she was claiming "Total medical bills to date: $71,384.35"[1]. In addition, Plaintiff also alleged that she was seeking "General damages in an undetermined amount in excess of $15,000." Upon receiving this information, Defense counsel learned that the "amount in controversy" exceeds the jurisdictional minimum for diversity jurisdiction.

5. This Notice of Removal is timely filed under 28 U.S.C. §1446(b), which provides:

> If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, except that a case may not be removed on the basis of jurisdiction conferred by section 1332 of this title more than 1 year after commencement of the action.

6. The following pleadings have been entered and/or filed in State Court:

   a. Plaintiff's Complaint filed November 10, 2022;

   b. Plaintiff's First Amended Complaint filed December 29, 2022;

   c. Defendant's Answer to Plaintiff's First Amended Complaint filed January 17, 2023;

   d. Defendant's Demand for Jury Trial filed January 24, 2023;

---

[1] Plaintiff's disclosure statements alleged "Total medical bills to date: $53,348.00", plus general damages in excess of $15,000.

2

CLAC 7585860.1

  e. Plaintiff's Request for Submission – Request for Exemption from Arbitration filed February 9, 2023;

  f. Pre-Trial Order filed February 22, 2023;

  g. Application for Setting filed February 24, 2023;

  h. Joint Case Conference Report filed on March 6, 2023[2]; and

  i. Scheduling Order filed March 8, 2023

7. Other than the pleadings discussed above, defense counsel took the deposition of Plaintiff Ellen Thomas and of her husband Kent Thomas on August 9, 2023. Otherwise, no further proceedings have taken place in District Court, Washoe County, Nevada as of the filing of this notice of removal.

## II.

## DIVERSITY JURISDICTION EXISTS

8. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332.  This action may be removed pursuant to 28 U.S.C. §1441, because the amount in controversy exceeds $75,000, exclusive of interest and costs; the suit involves a controversy between citizens of different states; and none of the properly joined defendants is a citizen of Nevada.

  A. **The Amount in Controversy Requirement is Satisfied.**

9. The prayer for relief in the Complaint filed and served on SMITH'S sought damages as follows:

  1. For past and future incidental expenses "according to proof"

  2. For past and future general damages in a sum in excess of $15,000;

  3. For past and future loss of income and earning capacity according to proof.
(Compl. at 22-24 and Prayer for Relief).

/ / /

---

[2] Attachments to the Request for Exemption from Arbitration have been omitted from this Notice.

CLAC 7585860.1

10. In addition to the above, Plaintiff's Second Supplemental Disclosures Pursuant to N.R.C.P. 16.1" served on August 8, 2023 increased the total claimed medical expenses to $71,384.35", continued to claim future unknown damages and also general damages in an undetermined amount in excess of $15,000.00. (Pl.'s Complaint at page 4, ¶22 – and Pl.'s Second Supplement Disclosures Pursuant to NRCP 16.1 at page 6[3]).

### B. The Parties Are Diverse.

11. The diversity of citizenship requirement is satisfied. SMITH'S is informed and believes that Plaintiff was at the time of her Complaint a citizen and resident of the State of Nevada. (*See* Compl. ¶1).

12. SMITH'S was at the time of the filing of Plaintiff's Complaint and is now an Ohio Corporation with its principal place of business in the State of Utah.

### III.
### REMOVAL TO THIS JURISDICTION IS PROPER

13. Pursuant to 28 U.S.C. §§1332, 1441, and 1446, removal of the above-captioned state court action to this Court is appropriate.

14. Pursuant to 28 U.S.C. §1441(a), removal is made to this Court as the district and division embracing the place where the state action is pending 28 U.S.C. §108.

15. SMITH'S reserves the right to amend or supplement this Notice of Removal.

16. SMITH'S reserves all defenses, including, without limitation, the defense of lack of personal jurisdiction.

17. SMITH'S requests a trial by jury of all issues.

/ / /
/ / /
/ / /
/ / /
/ / /

---

[3] A copy of Plaintiff's Second Supplement is attached hereto as Exhibit "B".

CLAC 7585860.1

18. Defense counsel is providing Plaintiff, by and through her counsel, written notice of the filing of this Notice of Removal as required by 28 U.S.C. §1446(d). Further, Defense counsel is filing a copy of this Notice of Removal with the Clerk of the Washoe Second Judicial District Court, Washoe County, Nevada, where the action is currently pending.

Dated this 5th day of September, 2023.

COOPER LEVENSON, P.A.

By /s/ Jerry S. Busby
Jerry S. Busby
Nevada Bar No. 001107
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.