Phillip Dorin, Esq.
Nevada State Bar No.
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN THOMAS, individually<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC.; THE KROGER CO.; ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive,<br><br>Defendants.<br>_____/ | Case No. 3:23-cv-00439-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS MOTION TO STRIKE/EXCLUDE ANY CLAIM FOR FUTURE DAMAGES AND DEFENDANTS MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED between the parties hereto, ELLEN THOMAS, individually by and through her attorney Phillip Dorin, Esq. of Bradley, Drendel & Jeanney, and SMITH'S FOOD AND DRUG CENTERS, INC., by and through their attorney Jerry S. Busby, Esq. of Cooper Levenson, that the Plaintiff shall have until April 26th, 2024 to make her response to Defendant SMITH'S FOOD AND DRUG CENTERS, INC.'s Motion to Strike/Exclude Any Claim for Future Damages and Defendants Motion for Summary Judgment that was filed on April 3, 2024. Defendant then shall be allowed file his reply on or before May 3, 2024.

AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the personal information of any person.

Our File No. 204919

-1-

Dated this ___8___ day of April 2024.

BRADLEY, DRENDEL & JEANNEY

Phillip Dorin, Esq.

Dated this 9th day of April 2024.

COOPER LEVENSON

*/s/ Jerry S. Busby*

Jerry S. Busby, Esq.

**ORDER**

IT IS SO ORDERED:

Dated this __10th__ day of __April__ 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Our File No. 204919

-2-

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999