

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELLEN THOMAS, individually,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive,<br><br>Defendant. | Case No. 3:23-cv-00439-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, all Parties and their counsel of record participated in a settlement conference on February 18, 2026 which resulted in the parties agreeing upon a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A., as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and Phillip Dorin, Esq. of the law firm BRADLEY, DRENDEL & JEANNEY, as counsel of record for Plaintiff ELLEN THOMAS, as follows:

1.     That any and all claims herein of Plaintiff ELLEN THOMAS against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear its own fees and costs; and

/ / /

/ / /

/ / /

NG-C2N3CBX6 4924-7995-6624.1

2.   That any matters on the Court's calendar be vacated.

IT IS SO STIPULATED.

Respectfully submitted this 17th day of March, 2026.

BRADLEY, DRENDEL & JEANNEY               COOPER LEVENSON, P.A.


/s/ Phillip Dorin, Esq.                              /s/ Jerry S. Busby
PHILLIP DORIN, ESQ.                             JERRY S. BUSBY, ESQ.
Nevada Bar No. 15534                            Nevada Bar No. 001107
6900 S. McCarran Boulevard - #2000      3016 West Charleston Boulevard - #195
Reno, Nevada 89509                              Las Vegas, Nevada  89102
(775) 335-9999                                       (702) 366-1125
Attorneys for Plaintiff                            Attorneys for Defendant
ELLEN THOMAS                                   SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

IT IS HEREBY ODRERED, ADJUDGED, AND DECREED that the above-captioned matter be

dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED.

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATE: March 17, 2026

NG-C2N3CBX6 4924-7995-6624.1